

# Fourth Court of Appeals
## San Antonio, Texas

October 10, 2018

No. 04-17-00815-CR

Issac **WILLIAMS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR8370B
Honorable Joey Contreras, Judge Presiding

# O R D E R

After we granted the State's first and second motions for extensions of time to file the brief, the State's brief was due on October 5, 2018. To date, the State has not filed its brief or another motion for extension of time to file its brief.

If the State wishes to file a brief in this appeal, we ORDER the State's attorney to file within TEN DAYS of the date of this order (1) the State's brief, and (2) a reasonable explanation for failing to timely file the brief. *See* TEX. R. APP. P. 38.6(d).

If this court does not receive an adequate response from the State within ten days, this appeal will be set for submission without a State's brief.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of October, 2018.



KEITH E. HOTTLE,
Clerk of Court